Argued and submitted November 14, 1996, convictions affirmed; remanded for resentencing February 12, 1997

STATE OF OREGON,
*Respondent,*

*v.*

VICENTE HERNANDEZ,
*Appellant.*

(C950448CR; CA A91106)

934 P2d 446

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Convictions affirmed; remanded for resentencing. *State v. Allison,* 143 Or App 241, 923 P2d 1224, *rev den* 324 Or 487 (1996).